UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL ELECTRIC INTERNATIONAL, INC.,<br>Plaintiff,<br>v.<br>ENERGY HARDWARE HOLDINGS, LLC,<br>Defendant. | Civil Action No.: 19 Civ. 4292 (AT)<br><br>**NOTICE OF FILING AMENDED COMPLAINT** |

On May 10, 2019, Plaintiff General Electric International, Inc. filed its Complaint For Damages against Defendant Energy Hardware Holdings, LLC. In an Order dated May 13, 2019, Hon. Analisa Torres directed Plaintiff General Electric International, Inc. to amend the Complaint so that it alleges the citizenship of each constituent person or entity of Defendant Energy Hardware Holdings, LLC. Plaintiff General Electric International, Inc. respectfully notes that it has filed an Amended Complaint For Damages, pursuant to Rule 15 of the Federal Rules of Civil Procedure, which alleges the citizenship of each constituent person or entity of Defendant Energy Hardware Holdings, LLC.

DATED: Stamford, Connecticut
May 20, 2019

/s/ Thomas E. Healy

THOMAS E. HEALY (TH-4340)
FITZPATRICK & HUNT, PAGANO, AUBERT, LLP
One Landmark Square
21st Floor
Stamford, Connecticut 06901
Telephone: (203) 580-4434
Facsimile: (203) 580-4350
E-mail: thomas.healy@fitzhunt.com

and

Michael D. Fisse, Esq.
(Pro Hac Vice Application To Be Filed).
(New York Bar Number - 5023346)
DAIGLE FISSE & KESSINICH, PLC
227 Highway 21
Madisonville, Louisiana 70447
Telephone: (985) 871-0800
Facsimile: (985) 871-0899
E-mail: mfisse@daiglefisse.com
Attorneys For Plaintiff
GENERAL ELECTRIC INTERNATIONAL, INC.

TO: ENERGY HARDWARE HOLDINGS, LLC
2730 E. Phillips Road
Greer, South Carolina 29650

ENERGY HARDWARE HOLDINGS, LLC
101 East Kennedy Blvd.
Suite 3925
Tampa, Florida 33602

ENERGY HARDWARE HOLDINGS, LLC
By and through its registered agent for service of process in South Carolina
National Registered Agents, Inc.
2 Office Park Court
Suite 103
Columbia, South Carolina 29223

ENERGY HARDWARE HOLDINGS, LLC
By and through its registered agent for service of process in Florida
Russell T. Alba
101 South Franklin Street
Suite 202
Tampa, Florida 33602